**Electronically Filed**
**Supreme Court**
**SCWC-16-0000212**
**17-JUL-2018**
**12:11 PM**

SCWC-16-0000212

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

―――――――――――――――――――――――――――――――――――――――――――

STATE OF HAWAI'I, Respondent/Plaintiff-Appellant,

vs.

MARK WILSON, Petitioner/Defendant-Appellee.

―――――――――――――――――――――――――――――――――――――――――――

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000212; CR. NO. 15-1-0923)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee Mark Wilson's application for writ of certiorari filed on June 4, 2018, is hereby rejected.

DATED: Honolulu, Hawai'i, July 17, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

